IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES G. STAMOS, JR., | No. C-13-1484 TEH (PR) |
| Plaintiff, | ORDER OF TRANSFER |
| vs. | |
| DAVID B. LONG, Warden, Ironwood State Prison; RANDY GROUNDS, Warden, Salinas Valley State Prison; and CALIFORNIA DEPARTMENT OF CORRECTIONS, | |
| Defendants. | |

Plaintiff James G. Stamos, Jr., a state inmate who is currently housed at Salinas Valley State Prison (SVSP) in Soledad, California, has filed a civil rights complaint alleging constitutional violations by staff employed at Ironwood State Prison (ISP), located in Blythe, California, where he was formerly incarcerated. Specifically, Plaintiff alleges that, while he was at ISP, Defendant Warden Long allowed prison officers to frame Plaintiff and, as a result, he was wrongfully housed in Administration Segregation (Ad Seg) for over one year. Doc. #1. He also alleges that, after he was transferred to SVSP, he continued to be wrongfully housed in Ad Seg. Doc. #1. Plaintiff submits the report of the ISP Institutional Classification Committee determining that he shall be placed in Ad Seg.

1       ISP is located in Riverside County, which lies in the
2 Central District of California.  Thus, a substantial part of the
3 events or omissions giving rise to Plaintiff's claims occurred in
4 the Central District of California.  <u>See</u> 28 U.S.C. § 84(b).  Venue
5 therefore properly lies in the Central District.  <u>See</u> 28 U.S.C.
6 § 1391(b).
7       Accordingly, in the interest of justice and pursuant to 28
8 U.S.C. § 1406(a), this action is transferred to the United States
9 District Court for the Central District of California.
10       The Clerk shall transfer this case.  All remaining motions
11 are TERMINATED on this Court's docket as no longer pending in this
12 district.

14       IT IS SO ORDERED.

16 DATED   <u>05/13/2013</u>
      THELTON E. HENDERSON
17       United States District Judge

26 G:\PRO-SE\TEH\CR.13\Stamos 13-1484 CRTRANS.wpd

28       **2**